**REESE LLP**
Michael R. Reese
*mreese@reesellp.com*
George V. Granade
*ggranade@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10001
Telephone: (212) 646-0500
Facsimile: (212) 253-4272

-and -

**HALUNEN LAW**
Melissa W. Wolchansky
*wolchansky@halunenlaw.com*
Amy E. Boyle
*boyle@halunenlaw.com*
1650 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099

*Counsel for Plaintiff*

**ALSTON & BIRD LLP**
Andrew E. Paris (SBN 162562)
*drew.paris@alston.com*
333 S Hope St., 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1119
Facsimile: (213) 576-1100

*Attorneys for Defendant Asahi Beer U.S.A., Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHER DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDER PANVINI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASAHI BEER U.S.A., INC.,<br><br>Defendant. | Case No. 4:17-cv-01896-KAW<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL CIVIL PROCEDURE RULE 41** |

Plaintiff Alexander Panvini ("Plaintiff") and defendant Asahi Beer U.S.A, Inc. ("Defendant") though their undersigned counsel, hereby stipulate to dismissal without prejudice of the above-captioned matter pursuant to Federal Civil Procedure Rule 41.

The Parties also stipulate that Plaintiff's dismissal of his action does not count as a first dismissal under Fed. R. Civ. P. 41, and if Plaintiff were to voluntarily dismiss his action a second time under Fed. R. Civ. P. 41, that the second dismissal would not be on the merits or with prejudice, unless stated otherwise.

Respectfully submitted,

Dated: May 1, 2017 By: **REESE LLP**

*/s/ Michael R. Reese*
Michael R. Reese (SBN 206773)
*mreese@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10001
Telephone: 212-646-0500

**HALUNEN LAW**
Melissa W. Wolchansky
*wolchansky@halunenlaw.com*
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 605-4098

*Counsel for Plaintiff*

**ALSTON & BIRD LLP**

Dated: May 1, 2017

*Andrew E. Paris*
Andrew E. Paris (SBN 162562)
333 S Hope St., 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1119
Facsimile: (213) 576-1100
E-mail: drew.paris@alston.com

*Attorneys for Defendant Asahi Beer U.S.A., Inc.*